## ATTACHMENT A

### PROPERTY TO BE SEARCHED

a.  One USPS Priority Mail Parcel ("the parcel") bearing tracking number 9505 5150 7279 3283 1493 97, addressed to Noemi Feliciano HC- 3 Box 11000 Camuy, PR. 00627-9637, United States of America, with return address of Minessa Joaquin, Minnies Succulents 15368 Rochelle ST. Fontana CA, 92336. The parcel is a large flat rate box measuring about 12" L x 12" W x 12" H. The parcel weights approximately 10 pounds 7 ounces and was mailed from Zip Code 92335 on October 10, 2023.

a.  The parcel also has affixed to it USPS Retail Label number 0527480335-02 with a postage amount of $53.15.

 

*Affidavit In Support Of Search Warrant*

## ATTACHMENT B

## <u>PROPERTY TO BE SEIZED</u>

- Controlled substances;

- Materials and documents reflecting the distribution of controlled substances through the U.S. Mails;

- Money and/or monetary instruments consisting of payment for controlled substances; and/or

- Proceeds relative to the distribution of controlled substances.

8

*Affidavit In Support Of Search Warrant*